# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CHOSEN 1 LLC (8)<br>  Defendant. | CASE NO. 12CR5229-JAH<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

18:1956(h) Money Laundering Conspiracy; 18:371 Conspiracy to

Structure Currency Deposits; 31:5324(a)(3) Structuring Conspiracy

Deposits.

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 12, 2014

David H. Bartick
U.S. Magistrate Judge